MCGOWAN, ADMR., APPELLANT, *v.* FAMILY MEDICINE, INC. ET AL., APPELLEES.

[Cite as *McGowan v. Family Medicine, Inc.,*
100 Ohio St.3d 1204, 2003-Ohio-5271.]

(No. 2002–1620—Submitted September 16, 2003—Decided October 22, 2003.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., BOWMAN, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents and would reverse on the wrongful-death claim.

DONNA BOWMAN, J., of the Tenth Appellate District, sitting for RESNICK, J.

---

Zavarello & Davis Co., L.P.A., A. William Zavarello and Rhonda Gail Davis, for appellant.

Hanna, Campbell & Powell, L.L.P., Michael Ockerman and John R. Chlysta, for appellees Family Medicine, Inc. and Steven D. Smith, M.D.

Roetzel & Andress, Thomas A. Treadon and Stacy A. Ragon, for appellees Gastroenterology Associates, Inc. and Gerald Smith, M.D.

Gibbons & Cullen, L.L.P., and John L. Cullen, for appellees Nashat Y. Gabrail, M.D., and Nashat Y. Gabrail, M.D., Inc.

Howes, Daane, Milligan & Erwin, L.L.P., Philip E. Howes, Richard S. Milligan and Thomas R. Himmelspach, for appellee Hartville Family Practice.

Michael T. Callahan, urging reversal for amicus curiae Ohio Academy of Trial Lawyers.